Hon. Christopher M. Alston
Chapter 7
Hearing Date 10/19/18
Time 9:30 AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | NO. 18-12649 |
|---|---|
| WARREN MALCOM SANDERS | MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Debtor. | |

BRE WA CHANDLER'S BAY LLC, a party in interest, respectfully moves the court for an Order granting relief from automatic stay pursuant to 11 USC 362(d) so that it can pursue its State Court remedies under applicable non-bankruptcy law, including but not limited to, an unlawful detainer action for the recovery of possession of the premises occupied by the Debtor and his co-resident and identified as CHANDLER'S BAY APARTMENTS, 8909 SOUTH 235TH PLACE, #HH-102, KENT, Washington.

Creditor also requests that the 14-day waiting period after relief from stay order is entered be waived in this matter.

DATED THIS 10th day of September 2018.

_____
Randy Redford/WSBA No. 21529
Attorney for BRE WA CHANDLER'S BAY LLC

MOTION FOR RELIEF FROM STAY-1

LAW OFFICES
**PUCKETT & REDFORD PLLC**
901 FIFTH AVENUE, SUITE 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800