**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

WARREN MALCOM SANDERS & YESICA F. CARDONA

Debtor(s).

NO. 18-12649

ORDER GRANTING BRE WA CHANDLER'S BAY LLC MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER came before the court upon the motion of BRE WA CHANDLER'S BAY LLC requesting relief from the automatic stay. Puckett & Redford PLLC appeared for BRE WA CHANDLER'S BAY LLC and the debtor appearing; debtor not answering or appearing; debtor appearing through his attorney Richard D. Granvold. The court has reviewed the files of this case, including notice, motion, supporting declarations, and declaration of mailing of service. The court finds that notice has been given to all parties entitled to notice, that all documents and arguments have been considered and that the relief requested should be granted. NOW, THEREFORE

IT IS HEREBY ORDERED as follows:

1.    BRE WA CHANDLER'S BAY LLC's motion for relief from stay is granted, and it may pursue its remedies with respect to the post-petition rent owing for the premises occupied by Debtorand his co-resident from the property located at

ORDER FOR RELIEF -1

LAW OFFICES
**PUCKETT & REDFORD PLLC**
901 FIFTH AVENUE, SUITE 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800

CHANDLER'S BAY APARTMENTS, 8909 SOUTH 235TH PLACE, #HH-102, KENT, Washington.

2.      The 14-day waiting period is waived and this order shall be effective immediately and shall continue in effect, absent further order of this court, notwithstanding conversion of the present case to a case under any other chapter.

3.      This order shall not modify the automatic stay regarding any other claims or actions with respect to the debtor or property of the estate.

//End of Order//

Presented by:
PUCKETT & REDFORD PLLC

_____

Randy Redford/WSBA No. 21529
Attorney for BRE WA CHANDLER'S BAY LLC

ORDER FOR RELIEF -2

LAW OFFICES
**PUCKETT & REDFORD PLLC**
901 FIFTH AVENUE, SUITE 800
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 386-4800